### UNITED STATES of America, Plaintiff–Appellee,

v.

### Willie VICK, Defendant–Appellant.

### No. 00–7138.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided Aug. 1, 2001.

John L. Tidball, V, Raleigh, NC, for appellant.

Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judges.

### PER CURIAM.

Willie Vick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Vick's motion for a certificate of appealability and dismiss the appeal on the reasoning of the

Braswell was not biased and again denies the motion, we will undertake to resolve the San-

district court. *United States v. Vick,* Nos. CR–92–113–BO; CA–97–318–BO (E.D.N.C. June 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*